NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

July 11, 2019

**ERRATUM**

———————————

Appeal No. 2017-2312

## DR. FALK PHARMA GMBH,
*Appellant*

**v.**

## GENERICO, LLC, FLAT LINE CAPITAL LLC, MYLAN PHARMACEUTICALS INC.,
*Appellees*

---------------------------------------------------

Appeal Nos. 2017-2636, 2018-1320

## SALIX PHARMACEUTICALS, INC., DR. FALK PHARMA GMBH,
*Plaintiffs-Appellants*

**v.**

## MYLAN PHARMACEUTICALS INC., MYLAN INC.,
*Defendants-Appellees*

Decided June 12, 2019
Nonprecedential Opinion

---

The following change has been made:

Page 16, line 16, "district court" has been changed to "Board."